UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )  Case No. 4:90-CR-00226 SNL |
| JEROME WILLIAMS, | ) ) ) |
| Defendant. | ) |

**ORDER**

The above referenced case was originally assigned to Judge Stephen N. Limbaugh, Sr., who has since retired from the Court.

**IT IS THEREFORE ORDERED** that the above styled cause has been to the Honorable Jean C. Hamilton.

April 29, 2022  
Date

GREGORY J. LINHARES  
CLERK OF COURT

By: /s/ Katie Spurgeon  
Operations Manager

**In all future documents filed with the Court, please use the following case number: 4:90-CR-00226 JCH.**